

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-21-00011-CV

Amanda **WOOD** and C.E.W., Jr.,
Appellants

v.

Kenneth **VERNON**, Texas Department of Family and Protective Services, Katrina Fuller,
Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10235
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was originally due by February 15, 2021, but was not filed. On February 22, 2021, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants were not entitled to appeal without paying the fee.

We therefore **ORDER** that appellants provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee **by March 5, 2021**. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.



Michael A. Cruz,
Clerk of Court